IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| ROBERT BRANDON PIÑON,<br>on behalf of himself and all others similarly situated<br><br>                      Plaintiffs,<br>v.<br><br>KALYAN PLAZA, LLC, and<br>ROANOKE AIRPORT HOTEL PARTNERS, LLC,<br><br>                      Defendants. | Case No:  7:20-cv-205 |

**CONSENT ORDER REGARDING APPROVAL AND DISMISSAL**

Robert Brandon Piñon ("Piñon"), on behalf of himself and all others similarly situated, ("Plaintiffs") and Kalyan Plaza, LLC and Roanoke Airport Hotel Partners (collectively, "Kalyan" or "Defendants"), by their respective counsel, respectfully submit hereby AND consent to the entry of this order. Having reviewed the Joint Motion in Support of Preliminary Settlement Approval (the "Motion"), and the Settlement Agreement and Release (the "Agreement"), and the Joint Notice Requesting Final Approval (the "Notice"), and for the reasons stated in the Parties' submissions, the Court GRANTS the Motion and approves the Parties' settlement as a fair and reasonable resolution of a bona fide dispute over Fair Labor Standards Act ("FLSA") claims as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). Moreover, all claims asserted in this action were resolved with assistance and oversight of U.S. Magistrate Judge Robert S. Ballou.

Accordingly, it is hereby ORDERED that the Agreement reached by the Parties is approved and shall take effect.  It is further ORDERED:

1)	That all the terms of the Settlement Agreement are approved as "a fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn's Food Stores, Inc. v. United States,* 679 F.2d 1350, 1355 (11th Cir. 1982).

2)	That the claims of the Plaintiff and all opt in Plaintiffs are dismissed with prejudice.

3)	That within 10 days of this order, Defendants shall fund the settlement in a manner consistent with the Settlement Agreement.

4)	That this Court retains jurisdiction to enforce the terms of the settlement pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994).

It is directed that the clerk shall STRIKE this case from the active docket of the court. The clerk is further directed to send copies of this order to all counsel of record.

Entered: March 24, 2022.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge